IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TURNPIKE FORD, INC.,

    Plaintiff,

v.            CIVIL ACTION NO. 2:05-cv-00398

FORD MOTOR COMPANY and
FORD MOTOR CREDIT COMPANY,

    Defendants.

**MEMORANDUM OPINION AND ORDER**

  Pending before the court are Ford Motor Credit Company's ["Ford Credit"] motion to seal the declaration of Gabrielle Derosier [Docket 148]; Ford Motor Company's ["Ford Motor"] motion to seal Ford Motor's memorandum in support of summary judgment [Docket 151]; Ford Motor's motion to seal Ford Motor's reply and depositions of Sharif Farhat [Docket 167]; Turnpike Ford Inc.'s [Turnpike] motion to seal portion of transcript of J. Coleman and 1990 Market Study [Docket 158]; Turnpike's Motion to seal opposition to Ford Motor's motion for summary judgment [Docket 170]; Turnpike's motion to seal surreply to Ford Motor's Motion for summary judgment [Docket 172]; Ford Motor's motion to seal Ford Motor's response to plaintiff's motion for leave to file a surreply [Docket 175].

  The court has considered the documents submitted by the parties. I **FIND** that the documents include proprietary and commercially sensitive information, and therefore **GRANT** the parties' motions.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: January 31, 2008

_Joseph R. Goodwin_
Joseph R. Goodwin, Chief Judge

_Joseph R. Goodwin_
Joseph R. Goodwin, Chief Judge